IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-41569
Summary Calendar
_____

D.C. Docket No. 5:16-CV-129

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2018
Lyle W. Cayce
Clerk

ALESSANDRO F. CERVANTES,

    Plaintiff - Appellant

v.

OCWEN LOAN SERVICING, L.L.C.; HOMEEQ SERVICING CORPORATION; NEW CENTURY FINANCIAL CORPORATION; U.S. BANK, N.A.; ELDON L. YOUNGBLOOD,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before DAVIS, HAYNES, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Sep 28, 2018

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**